**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6871**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EPHRAIM VANDORIAN STANCIL,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. Richard C. Erwin, Senior District Judge. (CR-89-237-R, CA-95-625-3)

---

Submitted: December 12, 1996      Decided: December 19, 1996

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ephraim Vandorian Stancil, Appellant Pro Se. Richard Stanley Glaser, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Anti-terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Stancil, Nos. CR-89-237-R; CA-95-625-3 (M.D.N.C. May 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2